UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNEST J. SALAS,

        Petitioner,

  v.

DAVID DAVEY,

        Respondent.

Case No. 16-cv-02825-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal; Granting Leave to Proceed *In Forma Pauperis*; and Denying Certificate of Appealability,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: August 23, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge